FILED
2017 Sep-13  PM 01:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT

## A

DOCUMENT 1

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Ca:<br>28 |
|---|---|---|

**ELECTRONICALLY FILED**
8/9/2017 9:29 AM
28-CV-2017-900190.00
CIRCUIT COURT OF
DeKALB COUNTY, ALABAMA
PAM SIMPSON, CLERK

| Date of Filing:<br>08/09/2017 | Judge Code: |
|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF DeKALB COUNTY, ALABAMA
### ERIC BRYANT v. CHARLES BRACKEN LOADER ET AL

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other

**First Defendant:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☑ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS  (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/<br>Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/<br>Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER

  R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO    Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**  ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

WOL011   8/9/2017 9:29:01 AM   /s/ STEPHEN KIRK WOLLSTEIN

   Date   Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**  ☐ YES ☑ NO ☐ UNDECIDED

ELECTRONICALLY FILED
8/9/2017 9:29 AM
28-CV-2017-900190.00
CIRCUIT COURT OF
DeKALB COUNTY, ALABAMA
PAM SIMPSON, CLERK

DOCUMENT 2

IN THE CIRCUIT COURT OF DEKALB COUNTY, ALABAMA

ERIC L. BRYANT                                    *

        Plaintiff,                                *

    vs.                                           *

                                                       CASE NO: _____

CHARLES BRACKEN LOADER;                           *
MCLEOD EXPRESS LLC;
GEICO INSURANCE COMPANY; and                      *
FICTITIOUS PARTY DEFENDANT A;

There may be other entities whose true names and identities are unknown to the Plaintiff at this time who may be legally responsible for the claim(s) set forth herein who may be added by amendment by the Plaintiff when their true names and identities are accurately ascertained by further discovery. Until that time, the Plaintiff will designate these parties in accordance with Rule 9(h), Alabama Rules of Civil Procedure. The word "entity" as used herein is intended to refer to and include any and all legal entities including individual persons, any and all forms of partnerships, any and all types of corporations and unincorporated associations. The symbol by which these party Defendants are designated is intended to include more than one entity in the event that discovery reveals that the descriptive characterization of the symbol applies to more than one "entity." In the present action, the party Defendants which the Plaintiff must include by descriptive characterization are as follows; "A," whether singular or plural, being the entity that committed the acts alleged in Plaintiff's Complaint, and/or the entity on whose behalf the agent in question was acting; "B," whether singular or plural, being the person who committed the acts alleged in Plaintiff's Complaint; "C," whether singular or plural, being that entity or persons, other than those entities and persons described above, which is the successor in interest, or the assignee, or which undertook the duties, or assumed the liabilities of any of the entities described above. Plaintiff alleges that the identities of the fictitious party-Defendants are otherwise unknown at this time, or, if known, their identities as proper party-Defendants are not known, but their true names will be substituted by amendment when ascertained.

        Defendant.                                *

## COMPLAINT

1.      Plaintiff, Eric L. Bryant, is an individual over the age of nineteen (19) years and is a resident of Dekalb County, Alabama.

2.      Upon information and belief, defendant Charles Bracken Loader ("Loader") is an individual over the age of nineteen (19) years, and, upon information and belief, was at all times material to the present action a resident of the State of Tennessee.

119867.1

3.      Defendant, McLeod Express LLC ("McLeod"), during all times material hereto, was an incorporated company organized and executed under the laws of the State of Indiana that was doing business as "McLeod Express LLC", and operating as an interstate motor carrier with its principal place of business located in Lafayette, Indiana, and which was domesticated in the State of Alabama and was conducting business by agent in Dekalb County, Alabama.  McLeod owned the commercial vehicle involved in the collision and operated by Holder.

### STATEMENT OF FACTS

4.      On August 1, 2016, Trooper Eric L. Bryant was conducting a routine traffic stop on the shoulder of the right-hand lane of I-59, a public highway, when defendant Holder drifted over the fog line and onto the shoulder of the roadway, striking Trooper Bryant and his cruiser, injuring the plaintiff and severely damaging his vehicle, as Trooper Bryant stood on the shoulder near his cruiser.

### COUNT ONE:
### NEGLIGENT/WANTON/RECKLESS CONDUCT

5.      Each and every allegation set forth in paragraphs 1 through 4 is incorporated herein as if repeated verbatim.

6.      The negligent, wanton and reckless acts and omissions of defendant Holder caused or contributed to the injuries and damages of Trooper Bryant.

### COUNT TWO:
### VICARIOUS LIABILITY

7.      Each and every allegation set forth in paragraphs 1 through 6 is incorporated herein as if repeated verbatim.

8.      At the time of the collision, defendant Holder was acting within the line and scope of his employment with defendant McLeod Express LLC, which as a result is liable to the Plaintiff for the acts and omissions of the defendant Holder.

### COUNT THREE:
### NEGLIGENT/WANTON/RECKLESS ENTRUSTMENT

9.      Each and every allegation set forth in paragraphs 1 through 8 is incorporated herein as if repeated verbatim.

DOCUMENT 2

119867.1

10. At the time of the collision, defendant Holder was an incompetent driver, and/or was not qualified to operate commercial vehicles under the Federal Motor Carrier Safety Regulations (FMCSR).

11. With knowledge of his incompetence and/or his lack of qualification, defendant McLeod Express LLC nonetheless negligently, wantonly and recklessly entrusted its commercial vehicle to defendant Holder, which caused and/or contributed to the plaintiff's injuries and damages.

## COUNT FOUR;
## NEGLIGENT/WANTON/RECKLESS HIRING AND SUPERVISION

12. Each and every allegation set forth in paragraphs 1 through 11 is incorporated herein as if repeated verbatim.

13. Defendant McLeod Express LLC negligently, wantonly and/or recklessly hired and retained defendant Holder, and negligently, wantonly and/or recklessly supervised, or failed to supervise, defendant Holder, which caused and/or contributed to the plaintiff's injuries and damages.

## COUNT FIVE:
## UNINSURED/UNDERINSURED MOTORIST CLAIM

14. Each and every allegation set forth in paragraphs 1 through 13 is incorporated herein as if repeated verbatim.

15. At the time of the collision, the plaintiff was beneficiary of policies of underinsured motorist insurance coverage issued by Geico Insurance Company, which does business by agent in Dekalb County, Alabama and by Fictitious Party Defendant A, an insurance company which has yet to be identified.

## DEMAND FOR JUDGMENT

The plaintiff demands compensatory and punitive damages of all defendants in an amount exceeding the minimum jurisdictions of this Court.

DOCUMENT 2

Respectfully submitted,

YOUNG, WOLLSTEIN, JACKSON &,
WHITTINGTON, L.L.C.

By: _____
Stephen K. Wollstein (WOL011)
Young, Wollstein, Jackson & Whittington, LLC
P.O. Box 2065
Anniston, Alabama  36202

By: _____
Thomas H. Young (YOU005)
Young, Wollstein, Jackson & Whittington, LLC
P.O. Box 2065
Anniston, Alabama  36202

**JURY DEMAND**
PLAINTIFF DEMANDS TRIAL BY STRUCK JURY

_____
Stephen K. Wollstein  (WOL011)

PLEASE SERVE DEFENDANTS BY CERTIFIED MAIL AS FOLLOWS:

Charles Bracken Loader
2069 Bethel Road
Smithville, TN 37166

McLeod Express LLC
4983 East 400 South, Suite B
Lafayette, IN 47905

Geico Insurance Company
Registered Agent:   CT Corporation System
                    2 North Jackson Street, Suite 605
                    Montgomery, AL 36104

DOCUMENT 2

119867.1



AlaFile E-Notice

28-CV-2017-900190.00

To:  STEPHEN KIRK WOLLSTEIN
     steve@bamalegal.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DeKALB COUNTY, ALABAMA

ERIC BRYANT V. CHARLES BRACKEN LOADER ET AL
28-CV-2017-900190.00

The following complaint was FILED on 8/9/2017 9:29:18 AM

Notice Date:     8/9/2017 9:29:18 AM

PAM SIMPSON
CIRCUIT COURT CLERK
DeKALB COUNTY, ALABAMA
P.O. BOX 681149
FORT PAYNE, AL, 35968

256-845-8525
pam.simpson@alacourt.gov



**AlaFile E-Notice**

28-CV-2017-900190.00

To:  CHARLES BRACKEN LOADER
     2069 BETHEL ROAD
     SMITHVILLE, TN, 37166

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DeKALB COUNTY, ALABAMA

ERIC BRYANT V. CHARLES BRACKEN LOADER ET AL
28-CV-2017-900190.00

The following complaint was FILED on 8/9/2017 9:29:18 AM

Notice Date:     8/9/2017 9:29:18 AM

PAM SIMPSON
CIRCUIT COURT CLERK
DeKALB COUNTY, ALABAMA
P.O. BOX 681149
FORT PAYNE, AL, 35968

256-845-8525
pam.simpson@alacourt.gov

 AlaFile E-Notice

28-CV-2017-900190.00

To:  MCLEOD EXPRESS LLC
     4983 E 400 SOUTH, STE B
     LAFAYETTE, IN, 47905

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DeKALB COUNTY, ALABAMA

ERIC BRYANT V. CHARLES BRACKEN LOADER ET AL
28-CV-2017-900190.00

The following complaint was FILED on 8/9/2017 9:29:18 AM

Notice Date:    8/9/2017 9:29:18 AM

PAM SIMPSON
CIRCUIT COURT CLERK
DeKALB COUNTY, ALABAMA
P.O. BOX 681149
FORT PAYNE, AL, 35968

256-845-8525
pam.simpson@alacourt.gov



AlaFile E-Notice

28-CV-2017-900190.00

To: GEICO INSURANCE COMPANY
CT CORPORATION SYSTEM
2 N JACKSON ST., STE 605
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DeKALB COUNTY, ALABAMA

ERIC BRYANT V. CHARLES BRACKEN LOADER ET AL
28-CV-2017-900190.00

The following complaint was FILED on 8/9/2017 9:29:18 AM

Notice Date:      8/9/2017 9:29:18 AM

PAM SIMPSON
CIRCUIT COURT CLERK
DeKALB COUNTY, ALABAMA
P.O. BOX 681149
FORT PAYNE, AL, 35968

256-845-8525
pam.simpson@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>28-CV-2017-900190.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF DeKALB COUNTY, ALABAMA
### ERIC BRYANT V. CHARLES BRACKEN LOADER ET AL

NOTICE TO: CHARLES BRACKEN LOADER, 2069 BETHEL ROAD, SMITHVILLE, TN 37166

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), STEPHEN KIRK WOLLSTEIN

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 1304 QUINTARD AVENUE, ANNISTON, AL 36201

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of ERIC BRYANT
pursuant to the Alabama Rules of the Civil Procedure.                                    *[Name(s)]*

| 8/9/2017 9:29:18 AM | /s/ PAM SIMPSON | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.        /s/ STEPHEN KIRK WOLLSTEIN

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
*(Name of Person Served)*                      *(Name of County)*

Alabama on _____
*(Date)*

_____        _____        *(Address of Server)*
*(Type of Process Server)*        *(Server's Signature)*        _____

_____        _____
*(Server's Printed Name)*        *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>28-CV-2017-900190.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF DeKALB COUNTY, ALABAMA**
**ERIC BRYANT V. CHARLES BRACKEN LOADER ET AL**

NOTICE TO: MCLEOD EXPRESS LLC, 4983 E 400 SOUTH, STE B, LAFAYETTE, IN 47905

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
STEPHEN KIRK WOLLSTEIN

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 1304 QUINTARD AVENUE, ANNISTON, AL 36201

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of ERIC BRYANT
pursuant to the Alabama Rules of the Civil Procedure.                                          *[Name(s)]*

| 8/9/2017 9:29:18 AM | /s/ PAM SIMPSON | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.          /s/ STEPHEN KIRK WOLLSTEIN

*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*                          *(Name of County)*

Alabama on _____.

*(Date)*

_____          _____

*(Type of Process Server)*          *(Server's Signature)*                    *(Address of Server)*

                              _____          _____

                              *(Server's Printed Name)*                    *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>28-CV-2017-900190.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF DeKALB COUNTY, ALABAMA
### ERIC BRYANT V. CHARLES BRACKEN LOADER ET AL

NOTICE TO: GEICO INSURANCE COMPANY, CT CORPORATION SYSTEM 2 N JACKSON ST., STE 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT AND OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), STEPHEN KIRK WOLLSTEIN

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 1304 QUINTARD AVENUE, ANNISTON, AL 36201

*[Address(es) of Plaintiff(s) or Attorney(s)].*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of ERIC BRYANT
pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 8/9/2017 9:29:18 AM | /s/ PAM SIMPSON | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ STEPHEN KIRK WOLLSTEIN
*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
*(Name of Person Served)*          *(Name of County)*

Alabama on _____.
*(Date)*

_____
*(Address of Server)*

_____
*(Type of Process Server)*

_____
*(Server's Signature)*

_____
*(Phone Number of Server)*

_____
*(Server's Printed Name)*



# NOTICE TO CLERK

### REQUIREMENTS FOR COMPLETING SERVICE BY
### CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF DeKALB COUNTY, ALABAMA
ERIC BRYANT V. CHARLES BRACKEN LOADER ET AL

28-CV-2017-900190.00

To: CLERK DEKALB
clerk.dekalb@alacourt.gov

TOTAL POSTAGE PAID: $20.31

Parties to be served by Certified Mail - Return Receipt Requested

CHARLES BRACKEN LOADER                                      Postage: $6.77
2069 BETHEL ROAD
SMITHVILLE, TN 37166


MCLEOD EXPRESS LLC '                                        Postage: $6.77
4983 E 400 SOUTH, STE B
LAFAYETTE, IN 47905


GEICO INSURANCE COMPANY                                     Postage: $6.77
CT CORPORATION SYSTEM
2 N JACKSON ST., STE 605
MONTGOMERY, AL 36104


Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested


Parties to be served by First Class Mail

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>28-CV-2017-900190.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF DeKALB COUNTY, ALABAMA**
**ERIC BRYANT V. CHARLES BRACKEN LOADER ET AL**

**NOTICE TO:** CHARLES BRACKEN LOADER, 2069 BETHEL ROAD, SMITHVILLE, TN 37166

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S).
STEPHEN KIRK WOLLSTEIN

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 1304 QUINTARD AVENUE, ANNISTON, AL 36201

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of ERIC BRYANT pursuant to the Alabama Rules of the Civil Procedure.

*(Name(s))*

| 8/9/2017 9:29:18 AM | /s/ PAM SIMPSON | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ STEPHEN KIRK WOLLSTEIN
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on

*(Date)*

☐ I certify that I personally delivere

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

County,

*(Name of Person Serve* For delivery information, visit our website at www.usps.com®.

Alabama on

OFFICIAL USE

*(Date)*

Certified Mail Fee

*(Type of Process Server)*

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postmark Here

*erver)*

Postage

Total Postage and Fees

ERI

C001 - ERIC BRYA

Sent To

LOADER

*(Plaintiff)*

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

SERVICE RETURN COPY

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>28-CV-2017-900190.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF DeKALB COUNTY, ALABAMA**
**ERIC BRYANT V. CHARLES BRACKEN LOADER ET AL**

**NOTICE TO:** MCLEOD EXPRESS LLC, 4983 E 400 SOUTH, STE B, LAFAYETTE, IN 47905

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
STEPHEN KIRK WOLLSTEIN

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 1304 QUINTARD AVENUE, ANNISTON, AL 36201

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of ERIC BRYANT pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 8/9/2017 9:29:18 AM | /s/ PAM SIMPSON | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
OFFICIAL USE

☐ Return receipt

☐ I certify that I p...

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postage

Total Postage and Fees

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

Postmark
Here

Alabama on

*(Type of Process Server)*

.STEIN

*(Date)*

ther document to

County,
*( County)*

dress of Server)

ne Number of Server)

...DER ET AL

| C001 - | v. | D002 - MCLEOD EXPRESS LLC |
|---|---|---|
| *(Plaintiff)* | | *(Defendant)* |

**SERVICE RETURN COPY**

DOCUMENT 5

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>28-CV-2017-900190.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF DeKALB COUNTY, ALABAMA
### ERIC BRYANT V. CHARLES BRACKEN LOADER ET AL

**NOTICE TO:** GEICO INSURANCE COMPANY, CT CORPORATION SYSTEM 2 N JACKSON ST., STE 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), STEPHEN KIRK WOLLSTEIN

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 1304 QUINTARD AVENUE, ANNISTON, AL 36201

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of ERIC BRYANT pursuant to the Alabama Rules of the Civil Procedure.

*(Name(s))*

| 8/9/2017 9:29:18 AM | /s/ PAM SIMPSON | By: | |
|---|---|---|---|
| *(Date)* | *(Signature of Clerk)* | | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ STEPHEN KIRK WOLLSTEIN

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on

_____
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

_____
*(Name of Person Served)*

Alabama on _____
*(Date)*

_____
*(Type of Process Server)*

*(Server's Signature)*

*(Server's Printed Name)*

28-CV-20...

ERIC BRYANT V. CHARL...

C001 - ERIC BRYANT
*(Plaintiff)*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| Certified Mail Fee | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $ |
| Total Postage and Fees | $ |

Postmark Here

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

ELECTRONICALLY FILED
8/11/2017 1:20 PM
28-CV-2017-900190.00
CIRCUIT COURT OF
DeKALB COUNTY, ALABAMA
PAM SIMPSON, CLERK

## IN THE CIRCUIT COURT OF DEKALB COUNTY, ALABAMA

| | | |
|---|---|---|
| ERIC L. BRYANT | * | |
| Plaintiff, | * | |
| s. | * | CASE NO:  28-2017-900190 |
| CHARLES BRACKEN LOADER; | * | |
| MCLEOD EXPRESS LLC; | | |
| et al | * | |
| Defendant | * | |

### NOTICE OF APPEARANCE

COMES NOW, the undersigned and hereby enters his appearance as counsel, for the

Plaintiff, ERIC L. BRYANT, in the above styled case.

Respectfully submitted,

YOUNG, WOLLSTEIN, JACKSON &
WHITTINGTON, LLC.

By:  s:\Thomas H. Young
Thomas H. Young
State Bar No. YOU005
1304 Quintard Avenue
P.O. Box 2065
Anniston, Alabama  36202
(256) 235-2240

DOCUMENT 6

CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing upon all parties to this matter by either electronic filing and/or by depositing a true copy of same in the U. S. Mail, proper postage prepaid, addressed to counsel of record as follows:

McLeod Express LLC
4983 East 400 South, Suite B
Lafayette, IN 47905

This _11_ day of _August_, 2017.

BY: s:\Thomas H. Young
Thomas H. Young

DOCUMENT 6

113103v1



**AlaFile E-Notice**

28-CV-2017-900190.00

To:  THOMAS HALL YOUNG
     tom@bamalegal.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF DeKALB COUNTY, ALABAMA

ERIC BRYANT V. CHARLES BRACKEN LOADER ET AL
28-CV-2017-900190.00

The following NOTICE OF APPEARANCE was FILED on 8/11/2017 1:20:33 PM

Notice Date:      8/11/2017 1:20:33 PM

PAM SIMPSON
CIRCUIT COURT CLERK
DeKALB COUNTY, ALABAMA
P.O. BOX 681149
FORT PAYNE, AL, 35968

256-845-8525
pam.simpson@alacourt.gov

 **AlaFile E-Notice**

28-CV-2017-900190.00

To:  LOADER CHARLES BRACKEN (PRO SE)
2069 BETHEL ROAD
SMITHVILLE, TN, 37166-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DeKALB COUNTY, ALABAMA

ERIC BRYANT V. CHARLES BRACKEN LOADER ET AL
28-CV-2017-900190.00

The following NOTICE OF APPEARANCE was FILED on 8/11/2017 1:20:33 PM

Notice Date:     8/11/2017 1:20:33 PM

PAM SIMPSON
CIRCUIT COURT CLERK
DeKALB COUNTY, ALABAMA
P.O. BOX 681149
FORT PAYNE, AL, 35968

256-845-8525
pam.simpson@alacourt.gov



**AlaFile E-Notice**

28-CV-2017-900190.00

To:  MCLEOD EXPRESS LLC (PRO SE)
4983 E 400 SOUTH, STE B
LAFAYETTE, IN, 47905-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DeKALB COUNTY, ALABAMA

ERIC BRYANT V. CHARLES BRACKEN LOADER ET AL
28-CV-2017-900190.00

The following NOTICE OF APPEARANCE was FILED on 8/11/2017 1:20:33 PM

Notice Date:      8/11/2017 1:20:33 PM

PAM SIMPSON
CIRCUIT COURT CLERK
DeKALB COUNTY, ALABAMA
P.O. BOX 681149
FORT PAYNE, AL, 35968

256-845-8525
pam.simpson@alacourt.gov



**AlaFile E-Notice**

28-CV-2017-900190.00

To:  GEICO INSURANCE COMPANY (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST., STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DeKALB COUNTY, ALABAMA

ERIC BRYANT V. CHARLES BRACKEN LOADER ET AL
28-CV-2017-900190.00

The following NOTICE OF APPEARANCE was FILED on 8/11/2017 1:20:33 PM

Notice Date:     8/11/2017 1:20:33 PM

PAM SIMPSON
CIRCUIT COURT CLERK
DeKALB COUNTY, ALABAMA
P.O. BOX 681149
FORT PAYNE, AL, 35968

256-845-8525
pam.simpson@alacourt.gov



**AlaFile E-Notice**

28-CV-2017-900190.00

To:  WOLLSTEIN STEPHEN KIRK
     steve@bamalegal.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DeKALB COUNTY, ALABAMA

ERIC BRYANT V. CHARLES BRACKEN LOADER ET AL
28-CV-2017-900190.00

The following NOTICE OF APPEARANCE was FILED on 8/11/2017 1:20:33 PM

Notice Date:     8/11/2017 1:20:33 PM

PAM SIMPSON
CIRCUIT COURT CLERK
DeKALB COUNTY, ALABAMA
P.O. BOX 681149
FORT PAYNE, AL, 35968

256-845-8525
pam.simpson@alacourt.gov

6.77

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you. $s+l$
- Attach this card to the back of the mailpiece, or on the front if space permits. Cv-17-9/190

1. Article Addressed to:

Steico Ins Co.
CT Corp System
2N Jackson St., Ste 605
Montgomery, A 36104

9590 9402 2820 7069 0444 55

2. Article Number (Transfer from service label)

7017 0190 0000 8673 5316

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

**FILED**

AUG 14 2017

CIRCUIT CLERK
DeKALB COUNTY

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt



USPS TRACKING #

9590 9402 2820 7069 0444 55

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Pam Simpson, Circuit Clerk
300 Grand Avenue S. Suite 200
Fort Payne, AL. 35967



AlaFile E-Notice

28-CV-2017-900190.00

Judge: JEREMY S TAYLOR

To:  WOLLSTEIN STEPHEN KIRK
     steve@bamalegal.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF DeKALB COUNTY, ALABAMA

ERIC BRYANT V. CHARLES BRACKEN LOADER ET AL
28-CV-2017-900190.00

The following matter was served on 8/14/2017

**D003 GEICO INSURANCE COMPANY**

**Corresponding To**

CERTIFIED MAIL

PAM SIMPSON
CIRCUIT COURT CLERK
DeKALB COUNTY, ALABAMA
P.O. BOX 681149
FORT PAYNE, AL, 35968

256-845-8525
pam.simpson@alacourt.gov



**AlaFile E-Notice**

28-CV-2017-900190.00

Judge: JEREMY S TAYLOR

To:  YOUNG THOMAS HALL
     tom@bamalegal.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF DeKALB COUNTY, ALABAMA

ERIC BRYANT V. CHARLES BRACKEN LOADER ET AL
28-CV-2017-900190.00

The following matter was served on 8/14/2017

**D003 GEICO INSURANCE COMPANY**

**Corresponding To**

CERTIFIED MAIL

PAM SIMPSON
CIRCUIT COURT CLERK
DeKALB COUNTY, ALABAMA
P.O. BOX 681149
FORT PAYNE, AL, 35968

256-845-8525
pam.simpson@alacourt.gov

6.17

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Charles Bracken Loader
2069 Bethel Rd
Smithfield, TN 37166

9590 9402 2820 7069 0444 79

2. Article Number (Transfer from service label)

7017 0190 0000 8673 5378

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Jeremy Loader   8.16.17

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

**FILED**

**AUG 18 2017**

**CIRCUIT CLERK**
**DeKALB COUNTY**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ____ Mail
   Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



**AlaFile E-Notice**

28-CV-2017-900190.00

Judge: JEREMY S TAYLOR

To:   WOLLSTEIN STEPHEN KIRK
      steve@bamalegal.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF DeKALB COUNTY, ALABAMA

ERIC BRYANT V. CHARLES BRACKEN LOADER ET AL
28-CV-2017-900190.00

The following matter was served on 8/16/2017

**D001 LOADER CHARLES BRACKEN**

**Corresponding To**

CERTIFIED MAIL

PAM SIMPSON
CIRCUIT COURT CLERK
DeKALB COUNTY, ALABAMA
P.O. BOX 681149
FORT PAYNE, AL, 35968

256-845-8525
pam.simpson@alacourt.gov



**AlaFile E-Notice**

28-CV-2017-900190.00

Judge: JEREMY S TAYLOR

To:  YOUNG THOMAS HALL
     tom@bamalegal.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF DeKALB COUNTY, ALABAMA

ERIC BRYANT V. CHARLES BRACKEN LOADER ET AL
28-CV-2017-900190.00

The following matter was served on 8/16/2017

**D001 LOADER CHARLES BRACKEN**

**Corresponding To**

CERTIFIED MAIL

PAM SIMPSON
CIRCUIT COURT CLERK
DeKALB COUNTY, ALABAMA
P.O. BOX 681149
FORT PAYNE, AL, 35968

256-845-8525
pam.simpson@alacourt.gov

6.77

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.

■ Print your name and address on the reverse so that we can return the card to you.

■ Attach this card to the back of the mailpiece, or on the front if space permits. CV-17-9/196

SHC

1. Article Addressed to:

Mexford Express LLC
4983 400 South St B
Lafayette, IN 47905



9590 9402 2820 7069 0444 62

2. Article Number (Transfer from service label)

7017 0190 0000 8673 5323

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____     ☐ Agent
                      ☑ Addressee

B. Received by (Printed Name)          C. Date of Delivery

MICHAEL G LEONARD    8-14-17

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☑ No

FILED

AUG 22 2017

CLERK
_____ COUNTY

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Mail Restricted Delivery
   (X)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



**AlaFile E-Notice**

28-CV-2017-900190.00

Judge: JEREMY S TAYLOR

To:  WOLLSTEIN STEPHEN KIRK
     steve@bamalegal.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF DeKALB COUNTY, ALABAMA

ERIC BRYANT V. CHARLES BRACKEN LOADER ET AL
28-CV-2017-900190.00

The following matter was served on 8/14/2017

**D002 MCLEOD EXPRESS LLC**

**Corresponding To**

CERTIFIED MAIL

PAM SIMPSON
CIRCUIT COURT CLERK
DeKALB COUNTY, ALABAMA
P.O. BOX 681149
FORT PAYNE, AL, 35968

256-845-8525
pam.simpson@alacourt.gov



**AlaFile E-Notice**

28-CV-2017-900190.00

Judge: JEREMY S TAYLOR

To:   YOUNG THOMAS HALL
      tom@bamalegal.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF DeKALB COUNTY, ALABAMA

ERIC BRYANT V. CHARLES BRACKEN LOADER ET AL
28-CV-2017-900190.00

The following matter was served on 8/14/2017

**D002 MCLEOD EXPRESS LLC**

**Corresponding To**

CERTIFIED MAIL

PAM SIMPSON
CIRCUIT COURT CLERK
DeKALB COUNTY, ALABAMA
P.O. BOX 681149
FORT PAYNE, AL, 35968

256-845-8525
pam.simpson@alacourt.gov